UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TATTLETALE PORTABLE ALARM
SYSTEMS, INC.,

    Plaintiff,

v.

    Case No. 2:10-cv-226
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

CALFEE, HALTER & GRISWOLD LLP, et al.,

    Defendants.

## ORDER

This matter is before the Court on Defendants' "Explanation of [its] Summary Judgment Plan" (Doc. No. 125), which amounts to a cancellation of this Court's existing Scheduling Order (Doc. No. 118). Although Defendants do not so move, the Court will accept its "Explanation" as a motion to modify its existing Scheduling Order. Plaintiff shall respond to Defendants' request to modify the Scheduling Order within seven (7) days of the date of this Order.

**IT IS SO ORDERED.**

8-17-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE