# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TATTLETALE PORTABLE ALARM
SYSTEMS, INC.,

       Plaintiff,

  v.

CALFEE, HALTER & GRISWOLD LLP, et al.,

       Defendants.

Case No. 2:10-cv-226
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

A telephone status conference is scheduled for **August 28, 2012, at 2:00 p.m.** to discuss scheduling issues.

**IT IS SO ORDERED.**

_____8-27-2012_____          _____
**DATE**                               EDMUND A. SARGUS, JR.
                                               UNITED STATES DISTRICT JUDGE