UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TATTLETALE PORTABLE ALARM
SYSTEMS, INC.,

    Plaintiff,

v.

CALFEE, HALTER & GRISWOLD LLP, et al.,

    Defendants.

Case No. 2:10-cv-226
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on the Motion of Defendants for a Stay of Rulings and Continuance of Trial Date, Pending Ruling by Supreme Court Relating to this Court's Subject-Matter Jurisdiction. (Doc. No. 144.) Pursuant to S. D. Ohio Civ. R. 1.1(c), the Court modifies the traditional briefing schedule set forth in S. D. Ohio Civ. R. 7.2(a)(2). Defendants shall file a memorandum in opposition, if any, on or before October 24, 2012. No reply shall be permitted.

**IT IS SO ORDERED.**

10-16-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE