IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TATTLETALE PORTABLE ALARM SYSTEMS, INC., | : | CASE NO. 2:10 cv 226 |
| | : | (Judge Sargus) |
| Plaintiff, | | |
| | : | (Magistrate Judge Kemp) |
| v. | | |
| | : | |
| CALFEE, HALTER & GRISWOLD LLP, et al. | : | **AGREED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : | |

The parties TattleTale Portable Alarm Systems, Inc. and Calfee, Halter & Griswold LLP, Thomas E. O'Connor Jr., Richard R. Lech, and Joan N. Drew, agree that all claims in this case should be dismissed with prejudice.

It is ORDERED that all claims in the above-referenced case are dismissed with prejudice. Each party will bear its own respective costs and attorneys' fees.

_____  1-8-2013
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Rex H. Elliott
Rex H. Elliott          (0054054)
Charles H. Cooper, Jr.   (0037295)
COOPER & ELLIOTT, LLC
2175 Riverside Drive
Columbus, Ohio 43221
(614) 481-6000
(614) 481-6001 (Facsimile)
Email: rexe@cooperelliott.com

Attorneys for Plaintiff
TattleTale Portable Alarm Systems, Inc.

/s/ Charles J. Faruki
Charles J. Faruki       (0010417)
Donald E. Burton        (0040553)
Martin A. Foos          (0065762)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
(937) 227-3705
(937) 227-3717 (Facsimile)
Email: cfaruki@ficlaw.com

Amanda J. Martinsek    (0058567)
THACKER MARTINSEK LPA
2330 One Cleveland Center
1375 East 9th Street
Cleveland, Ohio 44114
(216) 456-3852
(216) 456-3862 (Facsimile)
Email: amartinsek@tmlpa.com

Attorneys for Defendants

669415.1