IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TATTLETALE PORTABLE ALARM SYSTEMS, INC., | : | CASE NO. 2:10 cv 226 |
| | : | (Judge Sargus) |
| Plaintiff, | | |
| | : | (Magistrate Judge Kemp) |
| v. | | |
| | : | |
| CALFEE, HALTER & GRISWOLD LLP, et al. | : | **AGREED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : | |

The parties TattleTale Portable Alarm Systems, Inc. and Calfee, Halter & Griswold LLP, Thomas E. O'Connor Jr., Richard R. Lech, and Joan N. Drew, agree that all claims in this case should be dismissed with prejudice.

It is ORDERED that all claims in the above-referenced case are dismissed with prejudice. Each party will bear its own respective costs and attorneys' fees.

_____  1-8-2013
UNITED STATES DISTRICT JUDGE

AGREED:

| | |
|---|---|
| /s/ Rex H. Elliott | /s/ Charles J. Faruki |
| Rex H. Elliott (0054054) | Charles J. Faruki (0010417) |
| Charles H. Cooper, Jr. (0037295) | Donald E. Burton (0040553) |
| COOPER & ELLIOTT, LLC | Martin A. Foos (0065762) |
| 2175 Riverside Drive | FARUKI IRELAND & COX P.L.L. |
| Columbus, Ohio 43221 | 500 Courthouse Plaza, S.W. |
| (614) 481-6000 | 10 North Ludlow Street |
| (614) 481-6001 (Facsimile) | Dayton, Ohio 45402 |
| Email: rexe@cooperelliott.com | (937) 227-3705 |
| | (937) 227-3717 (Facsimile) |
| Attorneys for Plaintiff | Email: cfaruki@ficlaw.com |
| TattleTale Portable Alarm Systems, Inc. | |
| | Amanda J. Martinsek (0058567) |
| | THACKER MARTINSEK LPA |
| | 2330 One Cleveland Center |
| | 1375 East 9th Street |
| | Cleveland, Ohio 44114 |
| | (216) 456-3852 |
| | (216) 456-3862 (Facsimile) |
| | Email: amartinsek@tmlpa.com |
| | |
| | Attorneys for Defendants |

669415.1

2